PROB 35  
(Rev. 6/17)

**Report and Order Terminating Probation/Supervised Release**
**Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
Scott L. Poff, Clerk
United States District Court
By CAsbell at 9:51 am, Apr 08, 2020

UNITED STATES OF AMERICA

v.                  Crim. No.  2:10CR00048-1

John Wesley Obley

On March 16, 2017, the above named was placed on supervised release for a period of six years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

Kyle P. Grimes
United States Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this __8th__ day of __April__, 2020.

LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE